# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSCOLA DIVISION

**BRIDGETT MICHELLE BOWDEN,**

   *Plaintiff,*

v.            **Case No.: 3:25cv715-MW/ZCB**

**FRANK BISIGNANO,**

   *Defendant.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 18. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 18, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further proceedings consistent with this opinion under sentence four of 42 U.S.C. § 405(g)."  The Clerk shall close the file.

  **SO ORDERED on July 13, 2026.**

      **s/Mark E. Walker_____**
      **United States District Judge**